**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of _ New York
                    (State)

Case number (*if known*): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | The Gage Company | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Redlon and Johnson |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 5 – 1 3 6 3 7 1 5 |

4. **Debtor's address**

**Principal place of business**
c/o Bernard H. Fishman
437 Madison Avenue
24th Floor
Number     Street

New York          NY     10022
City              State  ZIP Code

New York
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City              State  ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City              State  ZIP Code

5. **Debtor's website (URL)**   Redlon-Johnson.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor _____ The Gage Company _____        Case number (if known)_____
                          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above Distributor of Plumbing Supplies

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____              Relationship _____

         District _____            When _____
                                                  MM  /  DD  / YYYY

         Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

| Debtor | The Gage Company | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                      State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **3**

| Debtor | The Gage Company | Case number (if known) |
|--------|------------------|------------------------|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☒ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 / 15 / 2019
            MM / DD / YYYY

✗ _(signature)_                          Robert Chute
Signature of authorized representative of debtor      Printed name

Title  President

**18. Signature of attorney**

✗ _(signature)_                          Date  05/15/2019
Signature of attorney for debtor                  MM / DD / YYYY

Bernard H. Fishman
Printed name
Law Offices of Bernard H. Fishman
Firm name
437 Madison Avenue, 24th Floor
Number        Street
New York                          NY        10022
City                              State     ZIP Code
(212) 922-9191                    bhflawyer@gmail.com
Contact phone                     Email address

1132760                           New York
Bar number                        State

---

| Fill in this information to identify the case: |
| --- |

Debtor name    The Gage Company

United States Bankruptcy Court for the:    Southern    District of    NY
(State)

Case number (If known):

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**    **Summary of Assets**

1.    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................... $    –0–

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................. $    –0–

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.................................................................................... $    –0–

---

**Part 2:**    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................................ $    –0–

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................................. $    900,000.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................... +  $    750,000.00

4.    **Total liabilities**.......................................................................................................................
Lines 2 + 3a + 3b    $    1,650,000.00

**Fill in this information to identify the case:**

Debtor name _____ The Gage Company _____

United States Bankruptcy Court for the: _____ Southern _____   District of _____ NY _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   XX☐ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of debtor's interest

2. **Cash on hand**                                                                     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)      Type of account       Last 4 digits of account number
   3.1. _____    _____    __ __ __ __
   3.2. _____    _____    __ __ __ __      $_____
                                                                            $_____

4. **Other cash equivalents** *(Identify all)*
   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $_____

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____    $_____
   7.2. _____    $_____

Debtor  The Gage Company
_____
Name

Case number (if known)_____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____ $_____

8.2._____ $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                              $_____

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........→   $_____
                         face amount      doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........→   $_____
                       face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $_____

## Part 4:  Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          $_____

Debtor ___The Gage Company_____    Case number (if known)_____
          Name

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   ☒ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. Work in progress | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. Finished goods, including goods held for resale | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. Other inventory or supplies | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
   Add lines 19 through 22. Copy the total to line 84.                                $_____

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   ☒ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. Crops—either planted or harvested | | | |
| _____ | $_____ | _____ | $_____ |
| 29. Farm animals *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. Farm and fishing supplies, chemicals, and feed | | | |
| _____ | $_____ | _____ | $_____ |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    The Gage Company
          _____          Case number (if known)_____
          Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.                                                $_____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.                                                $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor     The Gage Company
           _____          Case number (if known)_____
           Name

## Part 8:   Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. Aircraft and accessories

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. Total of Part 8.

Add lines 47 through 50. Copy the total to line 87.

$_____

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?

☐ No

☐ Yes

Debtor  __The Gage Company_____     Case number (if known)_____
        Name

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     $_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| **65. Goodwill** _____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.     $_____

Debtor    The Gage Company
_____
Name

Case number (if known)_____

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
- ☐ No
- ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br>_____ | _____ −<br>Total face amount | _____<br>doubtful or uncollectible amount | = → | $_____ |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>_____<br>_____<br>_____ | | Tax year _____<br>Tax year _____<br>Tax year _____ | | $_____<br>$_____<br>$_____ |
| 73. **Interests in insurance policies or annuities**<br>_____ | | | | $_____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br><br>Nature of claim _____<br>Amount requested $_____ | | | | $_____ |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br><br>Nature of claim _____<br>Amount requested $_____ | | | | $_____ |
| 76. **Trusts, equitable or future interests in property**<br>_____ | | | | $_____ |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>_____<br>_____ | | | | $_____<br>$_____ |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | | | $_____ |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

Debtor ___The Gage Company_____
        Name

Case number *(if known)*_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ –0– | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ –0– | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ –0– | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ –0– | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ –0– | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ –0– | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ –0– | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ –0– | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................→ | | $ –0– |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ –0– | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. .......................... 91a. | $ –0– | + 91b. $ –0– |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................... $ –0–

**Fill in this information to identify the case:**

Debtor name _____ The Gage Company _____

United States Bankruptcy Court for the: _____ Southern _____ District of ___ NY ___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br><br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☐ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| **2.2** Creditor's name<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☐ Yes. The relative priority of creditors is specified on lines ___ | Describe debtor's property that is subject to a lien<br><br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☐ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                          $_____

Debtor    The Gage Company
_____
         Name

Case number (if known)_____

## Part 1:  Additional Page

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral |
| | Do not deduct the value of collateral. | that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__**  Creditor's name

_____

Creditor's mailing address

_____
_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

---

**2.__**  Creditor's name

_____

Creditor's mailing address

_____
_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____
_____
_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Debtor  The Gage Company
_____
Name

Case number (if known)_____

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor _____ The Gage Company _____

United States Bankruptcy Court for the: _____ Southern _____ District of _____ NY _____
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>Internal Revenue Service<br>220 Maine Mall Road<br>South Portland, ME 04106 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $ 900,000.00<br>circa | $ 900,000.00<br>circa |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number _ _ _ _<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number _ _ _ _<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.3** Priority creditor's name and mailing address<br>_____<br>_____<br>_____ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>_____ | | |
| Last 4 digits of account number _ _ _ _<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor ___The Gage Company_____   Case number (if known)_____
        Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750,000.00 circa |
|---|---|---|
| Carl A. Bailey and Robert Cleary, Designated Trustees of the Western Pennsylvania Teamsters and Employees Pension Fund, 900 Parish Street, Ste 101 Pittsburgh, PA 15220 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed |  |

Basis for the claim: _____

Date or dates debt was incurred   10/21/10

Last 4 digits of account number   0 1 1 0

Is the claim subject to offset?
☒ No
☐ Yes

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|
| See attached schedule<br>List of Attorneys | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|
|  | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|
|  | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|
|  | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $_____ |
|---|---|---|
|  | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |

Basis for the claim: _____

Date or dates debt was incurred   _____

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☐ No
☐ Yes

Debtor    The Gage Company
_____
Name

Case number (if known)_____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Wick, Streiff, Meyer, O'Boyle & Szelig, P.C. 1450 Two Chatham Center 112 Washington Place, Pittsburgh, PA 15219-3455 | Line 3.1 ☐ Not listed. Explain _____ | 0 1 1 0 |
| 4.2. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.1. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____ ☐ Not listed. Explain _____ | __ __ __ __ |

# List of Attorneys

This list of attorneys represents attorneys who instituted asbestos lawsuits against The Gage Company which were defended by attorneys for insurance companies with whom the Gage Company has insurance coverage.

Antion McGee Law Group, LLC
341 Chaplin Rd, 2nd Floor
Morgantown, WV 26501

Bordas & Bordas Attorneys, LLC
1358 National Road
Wheeling, WV 26003

Calwell Luce Ditrapano, PLLC
Law and Arts Center West
500 Randolph Street
Charleston, WV 25302
Dean Omar Branham, LLP
302 N. Market Street, Ste, 300
Dallas, TX 75202

Caroselli Beachler & Coleman LLC
20 Stanwix Street, Suite 700
Pittsburgh, PA 15222

Ferrell Law Group
6226 Washington Ave., Ste 200
Houston, TX 77007

Goldberg Persky & White, P.C.
3995 Fashion Square Blvd., Suite 1
Saginaw, Michigan 48603-3438

James F. Humphrey & Associates
10 Hale Street, Ste 400
Charleston, WV 25301

Law Offices of James M. Barber
604 Virginia Street, East
Charleston, WV 25301

Lief J. Ocheltree, Esq.
333 Penco Road
Weirton, WV 26062

Maroney, Williams, Weaver
 & Pancake, PLLC
608 Virginia Street East
Charleston, WV 25301
McDermott & Hickey, LLC
20525 Center Ridge Road
Stuite 2000
Rockey River, Ohio 44116

Motley Rice LLC
50 Clay Street, Suite 1
Morgantown, WV 26401

Muane Raichle Hartley French
 & Mudd,  LLC
1015 Locust Street, Ste 1200
St. Louis, MO 63101

Peyton Law Firm, P.O.L.C.
2801  1st Avenue
Nitro, WV 25143

Shawna Pinkerton, Esq.
135 Country Lane
Charleston, WV 25312

Tenoglia & Salisbury Law Group
200 E. 2nd Street
Pomeroy, Ohio 45769

The Calwell Practice, LC
Law and Arts Center West
Charleston, WV 25302

The Masters Law Firm
181 Summers Street
Charleston, WV 25301

The Segal Law Firm
810 Kanawha Blvd, East
Charleston, WV 25301

The Sutter Law Firm, PLLC
1598 Kanawha Blvd, East
Charleston, WV 25311

Valles Law Firm, PLLC
6101 Long Prairie Road
Ste 744-314
Flower Mound, TX 75028

**Fill in this information to identify the case:**

Debtor name ___The Gage Company___

United States Bankruptcy Court for the: ___Southern___    District of ___NY___
(State)

Case number (If known): _____    Chapter ____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Debtor   The Gage Company
         _____
         Name

Case number (if known)_____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2._
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name ___The GageCompany___

United States Bankruptcy Court for the: ___Southern___ District of ___NY___
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City ___ State ___ ZIP Code ___ | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___The Gage Company___

United States Bankruptcy Court for the: ___Southern___   District of ___NY___
                                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to   Filing date | ☐ Operating a business<br>☐ Other _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/19<br>MM / DD / YYYY | to   Filing date | _____ | $   --0-- |
| For prior year: | From 01/01/2018<br>MM / DD / YYYY | to 12/31/2018<br>MM / DD / YYYY | Interest, Dividends and Capital Transactions | $ 60,000.00<br>(est.) |
| For the year before that: | From 01/01/2017<br>MM / DD / YYYY | to 12/31/2017<br>MM / DD / YYYY | Interest, Dividends and Capital Transactions | $ 52,708.00 |

---

Debtor _____The Gage Company_____          Case number (if known)_____
                    Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | | |
| | Creditor's name | _____ | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State        ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | Creditor's name | _____ | $_____ | ☐ Secured debt |
| | | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City        State        ZIP Code | _____ | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | Insider's name | _____ | $_____ | _____ |
| | Street | _____ | | _____ |
| | | | | _____ |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | | |
| | Insider's name | _____ | $_____ | _____ |
| | Street | _____ | | _____ |
| | | | | _____ |
| | City        State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

Debtor   **The Gage Company**
_____
Name

Case number (if known)_____

---

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City        State    ZIP Code | | | |
| 5.2. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City        State    ZIP Code | | | |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City        State    ZIP Code | Last 4 digits of account number: XXXX– _ _ _ _ | | |

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | The Gage Company | Audit | Internal Revenue Service | ☒ Pending |
| | **Case number** | | Name  220 Main Mall  Road | ☐ On appeal |
| | 25-1363715 | | Street South Portland, ME 04106 | ☐ Concluded |
| | | | City        State        ZIP Code | |
| 7.2. | **Case title** ''See attached schedule  of Legal Actions | | Court or agency's name and address | ☒ Pending |
| | **Case number** | | Name | ☐ On appeal |
| | | | Street | ☐ Concluded |
| | | | City        State        ZIP Code | |

---

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 3

# GAGE COMPANY LEGAL ACTIONS

| Case Title | Case Number | Court/Name and Address |
|---|---|---|
| Larry C. Dickey v. The Gage Company, et al. | 18-006561-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Taulbee J. Barnett v. The Gage Company, et al | 18-006539-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Ernest R. Delgado v. The Gage Company et al. | 18-006544-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Jackie Richards, an individual v. The Gage Company et al. | 18-C-848 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| James E. Garber and Katherine O. Garber, his wife, v. The Gage Company, et al. | 18-C-825 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Ronald E. DiMarco v. The Gage Company, et al. | 18-006659-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Eugene N. Krise v. The Gage Company, et al. | GD-18-009923 | Allegheny County Common Pleas, 414 Grant Street, Pittsburgh, PA 15219 |
| Glen E. Underwood and Lillian Underwood, his wife v. The Gage Company, et al. | 18-C-852 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| David A. Marietta v. The Gage Company, et al | 18-007106-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |

## GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| James R. Dishneau v. The Gage Company, et al. | 18-006679 | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| John Kenneth Schweizer and Cheryl Schweizer v. The Gage Company, et al. | 18-C-888 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Ricky Parker v. The Gage Company, et al | 18-006536-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Larry T. Dolsey v. The Gage Company, et al. | 18-006574-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| David M. Mott v. The Gage Company, et al. | 18-006586-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Walter V. Garvin v. The Gage Company, et al. | 18-5258-NP | State of Michigan, Judicial District, 11th Judicial Circuit, County Probate, 300 Walnut Street, Manistique, MI 49854 |
| Barbara Reddy Individually and as Executor of the Estate of Daniel J. Reddy v. The Gage Company et al. | CV18902107 | Court of Common Pleas, Cuyahoga County Justice Center, Cleveland, Ohio 44113 |
| Gregory G. Vogel v. The Gage Company, et al. | 18-006688-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |

## GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| Raymond Stone v. The Gage Company, et al. | 18-006597-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI |
| John N. Bell v. The Gage Company, et al. | 18-007249-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Robert M. Coch v. The Gage Company, et al. | 18-007242-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Leland Guilford v. The Gage Company, et al. | 18-007247-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Donald A. Howard v. The Gage Company, et al. | 18-007256-NP | State of Michigan, Third Judicial Court, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Keith Ferrell, Executor of the Estate of Mary Lou Ferrell, deceased, and Keith Ferrell, in his own right, v. The Gage Company, et al. | 18-C-1050 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Charles Leonard "Len" Welch and his wife, Catherine Welch v. The Gage Company, et al | 18-C-1074 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Edward Revak, Jr., and Linda Revak, his wife v. The Gage Company, et al. | GD 18-006441 | Allegheny County Common Pleas, 414 Grant Street, Pittsburgh, PA 15219 |
| Kimberly L. Romine, Executrix of the Estate of Janet Sue Grueser v. The Gage Company, et al. | 18-C-109 KAN | Circuit Court, Kanawha County, 111 Court Street, WV 25301 |

# GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| John D. Fahey v. The Gage Company, et al. | 18-C-1054 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Cheryl Sutton and Acie Sutton, her spouse v. The Gage Company, et al. | 18-C-1140 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Walter J. Marcase, Betty J. Marcase v. The Gage Company, et al. | GD-18-012820 | Allegheny County Common Pleas, 414 Grant Street, Pittsburgh, Pa 15219 |
| Robert J. Begalle v. The Gage Company, et al. | 18-023981-NP | State of Michigan, Judicial District, 47th Judicial Circuit, County Probate, 310 Lundington Street, Escanaba, MI 49829 |
| Gerald Lynn Armstrong, Executor of the Estate of Fredrick Armstrong, Deceased, and Julene Armstrong, his wife v. The Gage Company, et al. | 18-C-1158 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| James Walter Tolliver and Mary Lou Tolliver v. The Gage Company, et al. | 18-C-1152 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Lenard Moore and Martha Jane Moore v. The Gage Company, et al. | 18-C-1153 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Melvin C. Dunlap and his wife, Wilma D. Dunlap v. The Gage Company, et al. | 18-C-1139 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 15301 |
| Raymond A. Gardner v. The Gage Company, et al. | 18-023980-NP | State of Michigan, Judicial District, 47th Judicial Circuit, County Probate, 310 Lundington Street, Escanaba, MI 49829 |
| Cathy Bailey, Executrix of the Estate of Betty Lou McCoy v. The Gage Company, et al. | 18-C-1163 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |

4

# GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| Willard J. LaMarche v. The Gage Company, et al. | 18-023982-NP | State of Michigan, Judicial District, 47th Judicial Circuit, County Probate, 310 Lundington Street, Escanaba, MI 49829 |
| Lonny Blair Riggs, Sr. , "Lonny" and His wife, Janet F. Riggs v. The Gage Company, et al. | 18-C-1142 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Thomas C. Sylvester v. The Gage Company, et al. | 18-023983-NP | State of Michigan, Judicial District, 47th Judicial Circuit, County Probate, 310 Lundington Street, Escanaba, MI 9829 |
| Ancil G. Ramey, Administrator of the Estate of Carroll G. Ramey, deceased, and Mabel J. Ramey, in her own right v. The Gage Company, et al. | 18-C-1145 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| David K. Demar, Executor of the Estate of Robert M. Andrews, Jr., deceased v. The Gage Company, et al. | 18-C-1261 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Marianne Wells, Adminkstratrix of the Estate of Ronald A. Wells, deceased and Marianne Wells in her own right v. The Gage Company, et al. | 18-C-1254 (KAN) | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Cheryl A. Vicars, Individually and as Administratrix of the Estate of William Carl Vicars, deceased v. The Gage Company, et al. | 18-C-1225 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |

5

## GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| Freda R. Fancher, Administratrix of the Estate of Donald J. Fancher, deceased, and Freda R. Fancher, in her own right v. The Gage Company, et al. | 18-C-1289 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Gina M. Telek and Antonio J. Gaudio, Co-Executors of the Estate of James A. Gaudio, deceased v. The Gage Company, et al. | 18-C-1288 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Otis Brooks and Judy Brooks, his wife v. The Gage Company et al. | 18-C-1402 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Doyle M. Smith and Margaret Smith, his wife v. The Gage Company, et al. | 18-C-1353 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Earl D. Clark and Dora A. Clark, his wife v. The Gage Company, et al. | 18-C-1327 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| David Forbes v. The Gage Company, et al. | K18-2663-NP | State of Michigan, Judicial District, 31st Judicial Circuit, County Probate, 201 McMorran Blvd., Port Huron, MI 48060 |
| Robert M. Kaniecki and Dorothy Kaniecki, his wife v. The Gage Company, et al. | 18-C-1326 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Vickie J. Keller, Executrix of the estate of David C. Keller v. The Gage Company, et al. | 18-C-1345 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| John P. Babinchak and Kathleen M. Babinchak, his wife v. The Gage Company, et al. | 18-C-1369 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |

# GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| Terry M. Lashbrook v. The Gage Company, et al. | 18-002660-NP | State of Michigan, Judicial District, 31st Judicial Circuit, County Probate, 201 McMorran Blvd., Port Huron, MI 48060 |
| Frank P. Puskas and Susan Puskas, his wife v. The Gage Company, et al. | 18-C-1368 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Della A. Iarossi, Executrix of the Estate of Dallas E. Perkins, deceased v. The Gage Company, et al. | 18-C-1421 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Randolph Johnston v. The Gage Company, et al. | 18-2657 | State of Michigan, Judicial District, 31st Judicial Circuit, County Probate, 201 McMorran Blvd., Port Huron, MI 48060 |
| James E. Newberry v. The Gage Company, et al. | 18-002659-NP | State of Michigan, Judicial District, 31st Judicial Circuit, County Probate, 201 McMorran Blvd., Port Huron ,MI 48060 |
| Billy Joe Wauhop and Adella Wauhop v. The Gage Company, et al. | GD-18-016332 | Allegheny County Common Pleas, 414 Grant Street, Pittsburgh, PA 15219 |
| Sandra K. Funk, Executrix of the Estate of Paul Junior Funk, deceased, and Sandra Kay Funk, his wife, in her own right v. The Gage Company, et al. | 18-C-1511 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Sharon Parrill, Executrix of the Estate of Thomas Parrill v. The Gage Company, et al. | 18-C-1498 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Margaret L. Sharrow, Executrix of the Estate of William J. Zoellers, deceased v. The Gage Company, et al. | 18-C-1423 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |

## GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| Sharon Oselin, Personal Representative of the Estate of Richard J. Oselin, Deceased v. The Gage Company, et al. | 19-000229-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Carol Watson, Personal Representative of the Estate of Lawrence Watson, Deceased v. The Gage Company, et al. | 19-0002240-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Dena M. Dugan and her husband, Richard T. Dugan v. The Gage Company, et al. | 18-C-1518 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| John W. Wells and Barbara J. Wells, his spouse v. the Gage Company, et al. | 19-C-19KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Loretta Pearl Ayers, Individually and as Executrix of the Estate of Henry Franklin Ayers, Jr., Deceased v. The Gage Company, et al. | 19-C-43 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Cynthia K. Smith, Executrix of the Estate of William M. Haddix, deceased v. The Gage Company, et al. | 18-C-1543 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Jamie Ruffing, Administratrix of the Estate of Debora Lynn Strickland, deceased v. the Gage Company, et al. | 18-C-1517 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Edward D. Saunders, Individually and as Executor of the Estate of DeAnn W. Saunders, deceased v. The Gage Company, et al. | 18-C-1542 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |

8

# GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| Kenneht DeMine and Margaret DeMine, his spouse v. The Gage Company, et al. | GD-18-017111 | Allegheny County Common Pleas, 414 Grant Street, Pittsburgh, PA 15219 |
| Glen D. Chestnut and Nancy Chestnut v. The Gage Company, et al. | 19-C-53 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Gay Francis Meyers v. The Gage Company et al. | 19-C-15 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| John T. Keriotis and Annabelle A. "Annie" Keriotis, his wife v. The Gage Company et al. | 19-C-51 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Carolyn James, Individually and as Executrix of the Estate of Carl Ray James v. The Gage Company, et al. | 19-C-48 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Robert M. Forester, and his wife, Catherine Ann Forester v. The Gage Company, et al. | 19-C-52 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Max L. Knopp and Nancy Knopp v. The Gage Company, et al. | 19-C-54 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Diane M. Tomaszewski, Personal Representative of the Estate of Steven M. Tomaszewski, Deceased v. The Gage Company et al. | 19-002134-NP | State of Michigan, Third Judicial Circuit, Wayne County 2 Woodward Ave., Detroit MI 48226 |
| Clara M. Kavesky, Individually and as Executrix of the Estate of Walter F. Kavesky, Deceased v. The Gage Company, et al. | 19-C-16 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| | | |

9

# GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| Anthony Trupiano v. The Gage Company, et al. | 19-002012-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave, Detroit, MI 48226 |
| Alta V. Glover, Administratrix of the Estate of Brooks C. Glover v. The Gage Company, et al. | 19-C-91 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Harry Boucher v. The Gage Company, et al. | 19-7892-NP | State of Michigan, Judicial District, 11th Judicial Circuit, County Probate, 101 Court Street, Munising, MI 49862 |
| Joseph Lancour v. The Gage Company, et al. | 19-7895-NP | State of Michigan, Judicial District, 11th Judicial Circuit, County Probate, 101 Court Street, Munising, MI 49862 |
| Edward A. Parkkila, Jr. v. The Gage Company, et al. | 19-7891-NP | State of Michigan, Judicial District, 11th Judicial Circuit, County Probate, 101 Court Street, Munising, MI 49862 |
| William G. Rautanen v. The Gage Company, et al. | 19-7894-NP | State of Michigan, Judicial District, 11th Judicial Circuit, County Probagt, 101 Court Street, Munising, MI 49862 |
| John A. Trzeciak v. The Gage Company, et al. | 19-7893-NP | State of Michigan, Judicial District, 11th Judicial Circuit, Countyh Probate, 101 Court Street, Munising, MI 49862 |
| Gary L. Robbins v. The Gage Company, et al. | 19-7896-NP | State of Michigan, Judicial District, 11th Judicial Circuit, County Probate, 101 Court Street, Munising, MI 49862 |

10

# GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| William J. Bamberger, Jr. v. The Gage Company et al. | GD-19-004212 | Allegheny County Common Pleas, 414 Grant Street, Pittsburgh, PA 15219 |
| Brian Roger Vance, Sr. and Janet Vance v. The Gage Company, et al. | 19-C-130 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Ralph Tudor and Teresa Tudor, his wife v. The Gage Company, et al. | 19-C-203 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Barbara J. Rusinovich, Executrix of the Estate of Robert A. Rusinovich, deceased, Barbara J. Rusinovich, in her own right v. The Gage Company, et al. | 19-C-232 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Raymond L. Brown v. The Gage Company, et al. | 19-003543-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Avenue, Detroit, MI 48226 |
| Louis Dionisi v. The Gage Company, et al. | 19-003562-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Avenue, Detroit, MI 48226 |
| Jerry Earp v. The Gage Company, et al | 19-003612-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Avenue, Detroit, MI 48226 |
| Paul J. Lilly v. The Gage Company, et al. | GD-19-005454 | Allegheny County Common Pleas, 414 Grant Street, Pittsburgh, PA 15219 |
| Richard E. Kott v. The Gage Company, et al. | 19-16757 | State of Michigan, Judicial District, 19th Judicial Circuit, County Probate, 415 3rd Street, Manistee, MI 49660 |

11

## GAGE COMPANY LEGAL ACTIONS

| Case | Case No. | Court |
| --- | --- | --- |
| Lenna Rachelle Hair, Administratrix of the Estate of Richard G. Hatfield, deceased v. The Gage Company, et al. | 19-C-271 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Terry R. Hammon and Brenda Hammon, his wife v. The Gage Company, et al. | 19-004985-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Ronald E. Gamble v. The Gage Company, et al. | 19-003628-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Pablo T. Garza v. The Gage Company, et al. | 19-003637-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Edward J. Scheetz v. The Gage Company, et al. | 19-C-284 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Keith Bryant, Flora Bryand v. The Gage Company, et al. | CV19914162 | Cuyahoga County Court of Common Pleas, Cuyahoga County Justice Center Cleveland, Ohio 44113 |
| Brandi Lee, Personal Representative of the Estate of Stanley Lee, Deceased v. The Gage Company, et al. | 19-003516-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Dennis O'Bryn v. The Gage Company, et al. | 19-003638-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| James W. Slifka v. The Gage Company, et al | 19-003886-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |

12

# GAGE COMPANY LEGAL ACTIONS

| | | |
|---|---|---|
| Linda N. Williams, Individually and as Executrix of the Estate of Paul Dean Williams v. The Gage Company, et al. | 19-C-356 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| Patrick Buzzard and Constance Buzzard, his wife v. The Gage Company, et al. | 19-C-291 | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| James D. Saffel, Jr. v. The Gage Company et al. | 19-C-346 KAN | Circuit Court, Kanawha County, 111 Court Street, Charleston, WV 25301 |
| George Zimnicky v. The Gage Company et al. | 19-003894-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Kenton D. Hammond v. The Gage Company et al. | 19-004665-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |
| Richard G. Baker v. The Gage Company, et al. | 19-004661-NP | State of Michigan, Third Judicial Circuit, Wayne County, 2 Woodward Ave., Detroit, MI 48226 |

13

Debtor    The Gage Company
_____    Case number (if known)_____
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City    State    ZIP Code | | Street |
| | Date of order or assignment | |
| | | City    State    ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City    State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |
| | | | $_____ |

Debtor    The Gage Company
_____    Case number (if known)_____
          Name

## Part 6:    Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

XX☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | Address | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | Address | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State      ZIP Code | | | |
| | Email or website address | | | |
| | _____ | | | |
| | Who made the payment, if not debtor? | | | |
| | _____ | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

XX☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| Trustee | _____ | | |
| _____ | | | |

Debtor    The Gage Company
_____
Name

Case number (if known)_____

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.    _____    _____    _____    $_____

Address    _____

Street _____

_____

City            State      ZIP Code

Relationship to debtor

_____

Who received transfer?    _____    _____    $_____

13.2.    _____    _____

Address

Street _____

_____

City            State      ZIP Code

Relationship to debtor

_____

## Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

Address

14.1.    2 Monument Square
Street
Portland, ME                          04101

City            State      ZIP Code

From    2015    To    2/1/18

14.2.    P.O. Box 7258
Street
Portland, ME                          04112

City            State      ZIP Code

From    3/1/15    To    8/31/18

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 6

Debtor    The Gage Company
_____
Name

Case number (if known) _____

## Part 8:   Health Care Bankruptcies

### 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.
Facility name

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City    State    ZIP Code

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2.
Facility name

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

City    State    ZIP Code

☐ Electronically
☐ Paper

## Part 9:   Personally Identifiable Information

### 16. Does the debtor collect and retain personally identifiable information of customers?

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

### 17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Name of plan

Employer identification number of the plan

EIN: __ __ – __ __ __ __ __ __ __

Has the plan been terminated?

☐ No
☐ Yes

Debtor    The Gage Company

_____    Case number (if known)_____
Name

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of America, N.A.<br>Name<br>P.O. Box 25118<br>Street<br>Tampa, FL    33622<br>City    State    ZIP Code | xxxx-6 1 4 1 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 6/30/18 | $ 1,250.00 |
| 18.2. | Charles Schwab & Co.<br>Name<br>1300 Avenue of the Americas<br>Street<br>New York, New York 10019<br>City    State    ZIP Code | xxxx-6 8 5 7 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☒ Brokerage<br>☐ Other_____ | | $ 3.00 |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | | Address | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | | Address | ☐ No<br>☐ Yes |

---

Debtor    The Gage Company
_____
Name

Case number (if known)_____

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor ___The Gage Company_____    Case number (if known)_____
           Name

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City    State    ZIP Code | | From _____ To _____ |
| 25.2. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City    State    ZIP Code | | From _____ To _____ |
| 25.3. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City    State    ZIP Code | | From _____ To _____ |

Debtor ___The Gage Company_____   Case number (if known)_____
           Name

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❏ None

**Name and address**

26a.1.   Berry Dunn McNeil & Parker, LLC
         Name P.O. Box 1100

         State 100 Middle Street

         Portland                    ME        04104-1100
         City                        State     ZIP Code

**Dates of service**

From _____   To _____

**Name and address**

26a.2.   Patrick Chute
         Name
             403 Blackstrap Road
         Street
             Falmouth              ME          04105

         City                      State       ZIP Code

**Dates of service**

From __1995__ To _1/31/18_

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❏ None

**Name and address**

26b.1.   Berry Dunn McNeil & Parker, LLC
         Name P.O. Box 1100

         Street 100 Middle Street

             Portland              ME          04014-1100
         City                      State       ZIP Code

**Dates of service**

From _1/1/12_ To _Date_

**Name and address**

26b.2.
         Name

         Street

         City                      State       ZIP Code

**Dates of service**

From _____   To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

❏ None

**Name and address**

26c.1.   Berry Dunn McNeil & Parker, LLC
         Name P.O. Box 1100

         Street     100 Middle Street

         Portland                  ME          04014-1100
         City                      State       ZIP Code

**If any books of account and records are unavailable, explain why**

_____
_____
_____

---

Debtor   The Gage Company
         _____        Case number *(if known)*_____
         Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Patrick Chute | |
| | Name  403 Blackstrap Road | |
| | Street  Falmouth       ME    04105 | |
| | City           State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.
Name _____

Street _____

City           State        ZIP Code

**Name and address**

26d.2.
Name _____

Street _____

City           State        ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.
Name _____

Street _____

City           State        ZIP Code

Debtor    The Gage Company
_____    Case number (if known)_____
Name

Name of the person who supervised the taking of the inventory    Date of inventory    The dollar amount and basis (cost, market, or other basis) of each inventory
_____    _____    $_____

Name and address of the person who has possession of inventory records

27.2.
_____
Name

_____
Street

_____
City                          State        ZIP Code

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Robert Chute | 1 Central Park South Apt. 1309, New York, NY 10019 | President and Shareholder | 100% |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

X ☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City          State       ZIP Code | | _____ | |
| Relationship to debtor _____ | | _____ | |

Debtor ___The Gage Company_____    Case number (if known)_____
              Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | | |
| | Name | | |
| | Street | | |
| | | | |
| | City                State        ZIP Code | | |
| | Relationship to debtor | | |
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

Name of the parent corporation

_____

Employer Identification number of the parent corporation

EIN: __ __ – __ __ __ __ __ __ __

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

Name of the pension fund

_____

Employer Identification number of the pension fund

EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/15/2019
              MM / DD / YYYY

☒ _____    Printed name   Robert Chute
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor   President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of __New York__

In re     The Gage Company

                                        Case No. _____

Debtor                                  Chapter ____7____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 20,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 10,000.00

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify)    Spouse of shareholder of Debtor

3.  The source of compensation to be paid to me is:

    ☐ Debtor          ☒ Other (specify)    Spouse of shareholder of Debtor

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

        Not Applicable

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/ 15 /2019

*Date*                                        *Signature of Attorney*

                Law Offices of Bernard H. Fishman

                             *Name of law firm*

**Fill in this information to identify the case and this filing:**

Debtor Name _____The Gage Company_____

United States Bankruptcy Court for the: _____Southern_____    District of _____NY_____
(State)

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05 / 15 /2019___        X _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

Robert Chute
_____
Printed name

President
_____
Position or relationship to debtor